AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

<span style="color:red">FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON</span>

CHRISTOPHER WILLIAM OLSEN
(a.k.a. Christopher W. Seer),

*Plaintiff*

v.

WASHINGTON STATE DEPARTMENT OF
CORRECTIONS, LEAH SCHUMERTH,
and JOY McDANIELS,

*Defendant*

)
)
)
)
)
)
)

<span style="color:red">Aug 09, 2024</span>

<span style="color:red">SEAN F. McAVOY, CLERK</span>

Civil Action No.   2:24-CV-0173-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Plaintiff's Motion to Voluntarily Dismiss Complaint pursuant to Federal Rule of Civil Procedure 41(a), ECF No. 10 is
GRANTED.
Complaint is Dismissed without prejudice pursuant to the Order filed at ECF No. 11.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Thomas O. Rice _____ on Plaintiff's Motion to Voluntarily
Dismiss Complaint.

Date:  8/9/2024 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Ruby Mendoza _____
*(By) Deputy Clerk*

Ruby Mendoza _____